1 H1 LAW GROUP
ERIC D. HONE
2 Nevada Bar No. 8499
eric@h1lawgroup.com
3 JAMIE L. ZIMMERMAN
4 Nevada Bar No. 11749
jamie@h1lawgroup.com
5 701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
6 Phone  702-608-3720
Fax      702-608-3759
7 *Attorneys for Plaintiff Tryke Companies, LLC*





# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRYKE COMPANIES, LLC, an Arizona limited liability company, <br><br>Plaintiff, <br><br>vs. <br><br>DAVID M. KANE; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, <br><br>Defendants. | Case No.: 2:18-cv-01228-APG-CWH <br><br>STIPULATION AND [PROPOSED] ORDER TO REMAND TO NEVADA STATE DISTRICT COURT |

Plaintiff Tryke Companies, LLC, by and through its counsel, the law firm of H1 Law Group, and David M. Kane, by and through his counsel, The Thater Law Group, P.C., hereby stipulate as follows:

1. Plaintiff's Complaint was originally filed in the Eighth Judicial District Court for Clark County, State of Nevada, on June 20, 2018.

2. Defendant removed this matter to the United States District Court for the District of Nevada on July 5, 2018, on the asserted grounds of diversity of citizenship pursuant to 28 U.S.C. § 1441.

3. Defendant is a citizen of Nevada and, as such, diversity jurisdiction is not an

1

appropriate basis for removal in this case. *See* the "forum defendant rule" codified at 28 U.S.C. § 1441(b)(2).

4. Accordingly, the parties hereby stipulate and agree that this matter be remanded to the Eighth Judicial District Court for the State of Nevada, Case No. A-18-776435-B.

Dated this 26th day of July 2018.

H1 LAW GROUP

/s/ Eric D. Hone
Eric D. Hone
Nevada Bar No. 8499
eric@h1lawgroup.com
Jamie L. Zimmerman
Nevada Bar No. 11749
jamie@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff*

Dated this 26th day of July 2018.

THE THATER LAW GROUP, P.C.

/s/ M. Lani Esteban-Trinidad
M. Lani Esteban-Trinidad
Nevada Bar No. 006967
lani@thaterlawgroup.com
7000 Smoke Ranch Road, Ste. C
Las Vegas, Nevada 89128

*Attorney for Defendant*

ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: July 26, 2018.